CIVIL MINUTES/ORDER
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Kahley Cleveland,    et al., <br><br>                  Plaintiff(s), <br><br>          vs. <br><br> NRP Group,    et al., <br><br>                  Defendant(s). | JUDGE  PATRICIA A. GAUGHAN |
| | DATE: November 3, 2021 |
| | CASE NUMBER:1:21CV1057 |
| | COURT REPORTER: |
| | TYPE OF PROCEEDING: Settlement Conference |

Settlement Conference was held.  The case is settled and dismissed with prejudice.  The parties will bear their own costs.  The Court retains jurisdiction over the settlement.

3.75 hrs.

　　　　　　　　　　　　　　　　　　　　/s/ Patricia A. Gaughan
　　　　　　　　　　　　　　　　　　　　PATRICIA A. GAUGHAN
　　　　　　　　　　　　　　　　　　　　CHIEF JUDGE